IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEVGENY DUBINSKY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TD SERVICE CO, ET AL.,<br><br>　　　　Defendants.　　　　　　／ | No. C 11-05751 CRB<br><br>**ORDER TO SHOW CAUSE** |

    Defendants Capital One, N.A. and Deutsche Bank National Trust Company moved to dismiss this case on December 21, 2011, dkt. 6, and then, upon reassignment of the case to this Court, re-noticed their motion on January 24, 2012, dkt. 12. Pro se Plaintiff Yevgeny Dubinsky has failed to file an opposition to that motion in the time frame permitted under Civil Local Rule 7-3 ("Any opposition to a motion must be served and filed not more than 14 days after the motion is served and filed."). Accordingly, Plaintiff is ORDERED to show cause by **5:00 pm on Wednesday, February 22, 2012** why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Failure to respond to this Order could result in the dismissal of the case in its entirety.

    **IT IS SO ORDERED.**

Dated: February 16, 2012

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\5751\osc.wpd