**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YEVGENY DUBINSKY,

    Plaintiff,

v.

TD SERVICE CO, ET AL.,

    Defendants.

                                   /

No. C 11-05751 CRB

**ORDER MOVING HEARING DATE**

Plaintiff failed to timely oppose Defendants' Motion to Dismiss, but did respond to the Court's Order to Show Cause, indicating his intent to prosecute this case and asking the Court for an extension of time– until March 7, 2012– to file his opposition. See Response (dkt. 15). Despite Plaintiff's having provided the Court with no explanation for his failure to timely file an opposition brief, or for his need for an extension, the Court GRANTS Plaintiff's request on this one occasion. However, in order to provide Defendants with an opportunity to file a reply brief, and the Court with the opportunity to review the parties' papers in advance of a motion hearing, the Court VACATES the current hearing, set for March 9, 2012, and RE-SETS the hearing for March 30, 2012 at the same time and place.

//

//

//

1 Defendants' reply brief is now due by March 14, 2012.

2 **IT IS SO ORDERED.**

4 Dated: February 24, 2012        CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE