IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YEVGENY DUBINSKY,

    Plaintiff,

  v.

TD SERVICE CO, ET AL.,

    Defendants.
    _____/

No. C 11-05751 CRB

**JUDGMENT**

    Having dismissed Plaintiff's case for failure to prosecute, the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: April 9, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

N:\11-5751.crbjgmt.wpd