IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEVGENY DUBINSKY,<br><br>  Plaintiff,<br><br>  v.<br><br>TD SERVICE CO, ET AL.,<br><br>  Defendants. | No. C 11-05751 CRB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME FOR APPEAL** |

The Court dismissed Plaintiff Yevgeny Dubinsky's case on April 6, 2012, see dkt. 30, and entered judgment on April 9, 2012, see dkt. 31. The Court has now received a Motion to Extend Time for Appeal, in which Plaintiff asks for "a 14 day extension of time to work on [sic] appeal affiliated with this case." See dkt. 32. Pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A)(i), the Court GRANTS Plaintiff's Motion. If Plaintiff wishes to pursue an appeal, he must file a notice of appeal within 44 days after the entry of judgment.

**IT IS SO ORDERED.**

Dated: May 10, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\5751\order granting extension - appeal.wpd